plaintiff in error. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. Clifford H. Byrnes* for the United States.

No. 370. CHARLES I. STAGER *v.* UNITED STATES. Appeal from the Court of Claims. Submitted April 9, 1923. Decided April 16, 1923. *Per Curiam.* Affirmed upon the authority of *Nicholas* v. *United States,* 257 U. S. 71. *Mr. Edwin R. Wakefield* for appellant. *Mr. Solicitor General Beck* and *Mr. Assistant Attorney General Lovett* for the United States.

No. 366. J. A. CAMPBELL *v.* STATE OF NORTH CAROLINA. Error to the Supreme Court of the State of North Carolina. Submitted April 10, 1923. Decided April 16, 1923. *Per Curiam.* Affirmed upon the authority of *Vigliotti* v. *Pennsylvania,* 258 U. S. 403. *Mr. Theodore F. Davidson* and *Mr. Louis M. Bourne* for plaintiff in error. *Mr. James S. Manning* and *Mr. Frank Nash* for defendant in error.

No. 522. JAY BURNS BAKING COMPANY ET AL. *v.* SAMUEL R. McKELVIE, AS GOVERNOR OF THE STATE OF NEBRASKA, ET AL. Error to the Supreme Court of the State of Nebraska. April 16, 1923. *Per Curiam.* Motion to substitute the new governor, Charles W. Bryan, for the ex-governor, Samuel R. McKelvie, and to substitute the new secretary of the department of agriculture, Grant Shumway, for the ex-secretary, Leo B. Stuhr, is granted on the ground that such substitution is authorized by § 8546, Comp. Stats. Neb. 1922, as construed and applied by the Supreme Court of Nebraska. *Mr. Matthew A. Hall* and *Mr. Carrol S. Montgomery* for plaintiffs in error. No appearance for defendants in error. [See 261 U. S. 608.]